IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:13-cv-02523-RPM

NANCY FLEMING,

Plaintiff,

v.

HEALTH LANGUAGE, INC., a Delaware Corporation, and
MARC HOROWITZ, an individual

Defendants.

---

ORDER RE:  STIPULATION FOR DISMISSAL, WITH PREJUDICE

---

THIS MATTER, coming before this Court, and the Court having reviewed the Stipulation for Dismissal, With Prejudice;

DOES ORDER that this matter be dismissed with prejudice, with all parties to pay their own costs and attorney fees.

DATED:  April 3rd, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Judge